```
FILED
July 22, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>PAVITAR D. SINGH,<br><br>        Defendant. | Case No. 2:15-MJ-00148-EFB-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  PAVITAR D. SINGH , Case No.  2:15-MJ-00148-EFB-2 , Charge  18USC § 371, 666(a)(1)(B)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        __    Unsecured Appearance Bond $_____

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

    ✔    (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 22, 2015  at 2:00 pm .

                              By   /s/ Allison Claire/s/ Allison Claire
                                   Allison Claire
                                   United States Magistrate Judge

Copy 2 - Court